

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jimmy Sherrod,                                    * From the County Court
                                                   of Glasscock County,
                                                   Trial Court No. 23.

Vs. No. 11-17-00019-CV                            * May 4, 2017

Gary Rogers,                                      * Memorandum Opinion by Bailey, J.
                                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the county court is reversed, and the cause is remanded to the county court for a trial de novo. The costs incurred by reason of this appeal are taxed against Gary Rogers.